1    TIMOTHY COURCHAINE
     United States Attorney
2    District of Arizona
     JENNIFER E. LAGRANGE
3    Assistant United States Attorney
     California State Bar No. 238984
4    Two Renaissance Square
     40 N. Central Ave., Suite 1800
5    Phoenix, Arizona 85004
     Telephone: 602-514-7500
6    Email: jennifer.lagrange@usdoj.gov
     Attorneys for Plaintiff
7

REDACTED FOR
PUBLIC DISCLOSURE

8              IN THE UNITED STATES DISTRICT COURT

9                 FOR THE DISTRICT OF ARIZONA

10

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>     vs.<br><br>1.  Darryl Gene Becenti<br>    (Counts 1, 2, and 5),<br><br>2.  Benson Quintana, Jr.<br>    (Counts 3, 4, and 5), and<br><br>3.  Matthew James Quintana<br>    (Count 5),<br><br>               Defendants. | No.   CR-25-08131-PCT-DWL (ESW)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 1153 and 113(a)(3)<br>        CIR-Assault with a Dangerous<br>        Weapon<br>        Counts 1 through 4<br><br>        18 U.S.C. §§ 1153, 113(a)(6), and 2<br>        CIR-Assault Resulting in Serious<br>        Bodily Injury, Aid and Abet<br>        Count 5 |

21   **THE GRAND JURY CHARGES:**

22                          <u>COUNT 1</u>

23          On or about July 11, 2025, in the District of Arizona, within the confines of the

24   Navajo Nation Indian Reservation, Indian Country, the defendant, DARRYL GENE

25   BECENTI, an Indian, did intentionally and knowingly assault the victim, M.G., with

26   dangerous weapons, that is, a stick with a circular saw blade and a stick with a blade, with

27   the intent to do bodily harm.

28          In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 2

On or about July 11, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, DARRYL GENE BECENTI, an Indian, did intentionally and knowingly assault the victim, E.T., with dangerous weapons, that is, a stick with a circular saw blade and a stick with a blade, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 3

On or about July 11, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, BENSON QUINTANA, JR., an Indian, did intentionally and knowingly assault the victim, E.T., with a dangerous weapon, that is, a metal bat, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 4

On or about July 11, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, BENSON QUINTANA, JR., an Indian, did intentionally and knowingly assault the victim, E.T., with a dangerous weapon, that is, a hatchet, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 5

On or about July 11, 2025, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendants, DARRYL GENE BECENTI, BENSON QUINTANA, JR., and MATTHEW JAMES QUINTANA, Indians, did intentionally, knowingly, and recklessly assault the victim, E.T., resulting in serious bodily injury.

//

//

//

1   In violation of Title 18, United States Code, Sections 1153, 113(a)(6), and 2.

2

3                                                            A TRUE BILL

4                                                     _____/s/_____
                                                      FOREPERSON OF THE GRAND JURY
5                                                     Date:  July 22, 2025

6   TIMOTHY COURCHAINE
    United States Attorney
7   District of Arizona

8

    _____/s/_____
9   JENNIFER E. LAGRANGE
    Assistant U.S. Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28